**SO ORDERED.**



**Dated: December 07, 2009**

_____

**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

_____

TIFFANY & BOSCO P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-24374/0003674032

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

IN RE:

Neil Chloupek

        Debtors.

_____

PNC Mortgage, a division of PNC Bank, NA, fka National City Mortgage Co.

        Movant,

      vs.

Neil Chloupek, Debtors; Office of the US Trustee, Trustee.

        Respondents.

No. 2:09-bk-05329-RTB

Chapter 11

O R D E R

(Related to Docket # 40)

    This matter having come before the Court for a Preliminary Hearing on December 2, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor appearing by and through their counsel, Dennis J. Wortman, and good cause appearing,

    **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain

real property which is subject of a Deed of Trust dated November 12, 2004, and recorded on November 24, 2004, in the office of the Maricopa County Recorder at Instrument No. 200041381243 wherein PNC Mortgage, a division of PNC Bank, NA, fka National City Mortgage Co. is the current beneficiary and Neil Chloupek have an interest in, further described as:

LOT 536, HIDDEN VILLAGE TWELVE, ACCORDING TO BOOK 83 OF MAPS, PAGE 16, RECORDS OF MARICOPA COUNTY, ARIZONA.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this _____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT